UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RONALD NESMITH, TERRY CROSBY, and RICHARD MAYE, individually and on behalf of others similarly situated, )<br><br>**Plaintiffs,** )<br><br>vs. )<br><br>STAR FREIGHT LLC, )<br><br>**Defendant.** ) | 2:22CV287-PPS/JPK |

## ORDER

The parties' joint Stipulation to Dismiss Claims of and Counterclaims against Ronald Nesmith [DE 29] is SO ORDERED. All claims and counterclaims by and against Ronald Nesmith are DISMISSED WITH PREJUDICE, the parties bearing their own costs and fees.

Upon this dismissal of the sole remaining plaintiff, the case is CLOSED.

**SO ORDERED** on March 22, 2023.

　　　　　　　　　　　　　　　　　　　　　/s/ Philip P. Simon
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE